IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDNA CARTER, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL NO. B-16-251 |
| | § | |
| BURLINGTON COAT FACTORY | § | |
| WAREHOUSE OF BROWNSVILLE I & | § | |
| BURLINGTON COAT FACTORY | § | |
| OF TEXAS, L.P., | § | |
| Defendants. | § | |

# ORDER

Pending is the Magistrate Judge's October 12, 2017, Report and Recommendation in the above-referenced cause of action. [Doc. No. 17] No objections have been lodged by either side and the time for doing so has expired.

Having reviewed the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation is hereby adopted. Therefore, Burlington's motion for summary judgment is granted [Doc. No. 13].

Signed this 18th day of December, 2017.

Andrew S. Hanen
United States District Judge